**IT IS ORDERED as set forth below:**



Date: March 17, 2015

_____
**Margaret H. Murphy
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| **CONSTRUCTOR GENERAL, INC.** | ) | CASE NO. **15-50477**-MHM |
| | ) | |
| Debtor. | ) | |
| -------------------------------- | ) -------------------------------- | |
| | ) | |
| QUANTUM NATIONAL BANK, | ) | |
| | ) | |
| Movant, | ) | |
| v. | ) | **CONTESTED MATTER** |
| | ) | |
| CONSTRUCTOR GENERAL, INC. | ) | |
| Cathy L. Scarver, Chapter 7 Trustee | ) | |
| | ) | |
| Respondents, | ) | |
| _____ | ) | |

CONSENT ORDER MODIFYING STAY

Movant, Quantum National Bank, filed a Motion for Relief from Stay January 26, 2015 (Doc. No. 5) (the "Motion"), seeking modification of the stay as to real property described as:

> All that tract or parcel of land lying and being in Land Lot 198 of the 15th District, DeKalb County, Georgia, being Lot 21, Block A, Peachcrest, as per plat recorded in Plat Book 18, Page 78, DeKalb County, Georgia records; which plat is incorporated herein and made a part hereof.

(the "Property"). The Motion was set for hearing February 10, 2015. Movant contends service of the Motion and notice of hearing was proper. The parties have reached agreement resolving the Motion. As the parties consent and Trustee is unopposed, it is hereby

ORDERED that the Motion is **granted:** the automatic stay of 11 U.S.C. §362(a) is *modified* to allow Movant to proceed with its remedies, as allowed by its contract and state law, to advertise and foreclose the Property and then to apply the proceeds therefrom to its lawful claim; provided however that any proceeds of sale then remaining shall be promptly remitted to the Trustee for the benefit of the Estate and its creditors according to the priorities established by law. The 14-day stay of Bankruptcy Rule 4001(a)(3) is waived and the relief set forth herein is deemed effective immediately.

**[END OF DOCUMENT]**

(Signatures on the next page)

PREPARED, SUBMITTED BY AND
CONSENTED TO BY:


_____/s/_____
Robert Jackson Wilson
Georgia Bar No. 768990
Attorneys for Movant
10 Lumpkin Street
Lawrenceville, Georgia  30046
Telephone:  (770) 962-0100
Facsimile:   (770) 963-3424
Email:  jwilson@wtpllp.com

CONSENTED TO BY:


_____/s/_____
Jeff S. Banks
Georgia Bar No. 005445
Attorney for Debtor
Suite 1610
1301 Shiloh Road
Kennesaw, GA 30144

NO OPPOSITION BY:

_____/s/_____
Cathy L. Scarver, Chapter 7 Trustee
Georgia Bar No. 628455
P.O. Box 672587
Marietta, GA 30006
Phone:  (404) 551-5142

DISTRIBUTION LIST

Jeff S. Banks
Suite 1610
1301 Shiloh Road
Kennesaw, GA 30144

Constructor General, Inc.
1785 Forest Pond Lane
Roswell, GA 30075

Cathy L. Scarver, Chapter 7 Trustee
Georgia Bar No. 628455
P.O. Box 672587
Marietta, GA 30006
Phone:  (404) 551-5142

Robert Jackson Wilson
Georgia Bar No. 768990
Attorneys for Movant
10 Lumpkin Street
Lawrenceville, Georgia  30046